## Clayton Unemployment Compensation Case.

Argued June 13, 1969. *Edwin Dashevsky,* with him *Donsky, Katz, Levin & Bashman,* for claimant, appellant; *Sydney Reuben,* Assistant Attorney General, for Unemployment Compensation Board of Review, appellee.

Decision affirmed.

SPAULDING, J., absent.

## Commonwealth ex rel. Keag, Appellant, *v.* Duggan.

Submitted June 14, 1969. *John J. Dean,* Assistant Public Defender, and *George H. Ross,* Public Defender, for appellant; *Charles B. Watkins, Carol Mary Los,* and *Robert L. Campbell,* Assistant District Attorneys, and *Robert W. Duggan,* District Attorney, for appellee.

Order affirmed.